**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 05-6623

_____

KEITH THOMAS,

Plaintiff - Appellant,

versus

WARDEN, Federal Detention Center in
Alexandria,

Defendant - Appellee.

_____

No. 05-6624

_____

KEITH THOMAS,

Plaintiff - Appellant,

versus

JOHN DOE, standby counsel of the 20th
highjacker Mr. Moussaoui,

Defendant - Appellee.

_____

Appeals from the United States District Court for the Eastern
District of Virginia, at Alexandria. Leonie M. Brinkema, District
Judge. (CA-05-247-1; CA-05-265-1)

_____

Submitted: September 27, 2005      Decided: September 30, 2005

_____

Before LUTTIG, MOTZ, and DUNCAN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Keith Thomas, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

In these consolidated appeals, Keith Thomas appeals the district court's orders dismissing his 42 U.S.C. § 1983 (2000) complaints for failing to state a claim. We have reviewed the records and the district court's opinions and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See Thomas v. Warden, CA-05-247-1 (E.D. Va., Mar. 16, 2005); Thomas v. Doe, CA-05-265-1 (E.D. Va., Mar. 22, 2005). We deny Thomas' motion for injunction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED